# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

**THE ASPEN MOUNTAIN RESIDENCES CONDO ASSOCIATION, INC.**, a Colorado nonprofit corporation,

   Plaintiff,

v.

**ROBERT H. WEISMAN**, an individual.

   Defendant.

---

## MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 2(b)(1) AND LAttyR 5(a)-(b)

---

Matthew C. Ferguson, hereby submits this Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) and (b), and in support thereof, states as follows.[1]

### MOTION FOR LEAVE

1.  D.C.COLO.LAttyR 2(b)(1) permits an attorney to provide limited scope legal representation to unrepresented parties in civil actions in accordance with Colo. RPC 1.2(c), when ordered by the Court, and subject to D.C.COLO.LAttyR 5(a)-(b).

2.  Colo. RPC 1.2(c) provides in part:

> A lawyer may limit the scope or objectives, or both, of the representation if the limitation is reasonable under the circumstances and the client gives informed consent.

---

[1] Note that effective Dec. 1, 2017, there is no longer a need for a Certificate of Conferral for matters concerning entry and withdrawal of appearances of counsel. *See* D.C.COLO.LCivR 7.1(b)(4).

1

3. Here, undersigned counsel seeks to enter a limited appearance to represent Defendant Robert H. Weisman ("Weisman") in this action at his request for the limited purpose of filing Weisman's Notice of Removal.

4. Weisman is in the process of securing counsel that may be covered under any insurance policy or policies.

5. Accordingly, undersigned counsel respectfully requests that this Court permit him to enter a limited appearance for the purpose of representing Weisman in this action to assist with filing Defendant's Notice of Removal. Attached hereto as "**Exhibit A**" is undersigned counsel's proposed Entry of Appearance to Provide Limited Representation.

6. Weisman is currently not represented by counsel at present, but has been assiduously working with insurance brokers and carriers to determine if coverage will be provided in order to retain counsel. Defendant thus currently is a pro se party in this civil action, Defendant qualifies for limited scope representation as permitted by D.C.COLO.LAttyR 2(b)(1).

7. Undersigned is an active member in good standing of the bar of this Court, and thus is permitted to appear on the pro se party's behalf. Undersigned certifies that Weisman has both requested and consented to limited representation as proposed herein.

8. In addition, undersigned certifies that, in providing limited scope representation to Weisman, counsel will comply with all rules of this Court, including the Federal Rules of Civil Procedure, this District's Local Rules, and the Colorado Rules of Professional Conduct as adopted by D.C.COLO.LAttyR 2.

9. Undersigned requests receipt of the Notices of Electronic Filing issued in this matter while counsel is acting in a limited representation capacity and until counsel has been

granted permission to withdraw from this case or when there is a substitution with Weisman's counsel. Undersigned also acknowledges that Weisman will continue to receive from the court or from the opposing counsel or parties notice of all documents filed in this case by mail.

10. Undersigned certifies that, at the conclusion of filing Defendant's Notice of Removal, counsel will move to withdraw in compliance with D.C.COLO.LAttyR 5(b).

11. At the conclusion of this limited appearance, Weisman as the pro se party has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and understands that he/she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him/her to a possible default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

WHEREFORE, undersigned respectfully requests that the Court grant this motion for leave to provide limited representation to Defendant Weisman pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)-(b) for the purpose set forth in paragraph 3 of this motion, permit undersigned counsel to file the attached Entry of Appearance to Provide Limited Representation, and grant such other and further relief as the Court may deem just and proper.

DATED at Aspen, Colorado this 9th day of June, 2022

> */s/ Matthew C. Ferguson*_____
> Matthew C. Ferguson, #25687
> FERGUSON SCHINDLER LAW FIRM, P.C.
> 119 South Spring Street, Suite 201
> Aspen, Colorado 81611
> Telephone: (970) 925-6288
> Facsimile: (970) 925-2273
> E-mail: matt@fsaspenlaw.com

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on this 9th day of June, 2022, a true and correct copy of the above and foregoing **MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 2(b)(1) AND LAttyR 5(a)-(b)** was filed and served *via* CM/ECF upon the following:

Jonah G. Hunt
Marcus T. Wile
ORTEN CAVANAGH HOLMES & HUNT, LLC
1445 Market Street, Suite 350
Denver, CO 80202
jhunt@ochhoalaw.com
mwile@ochhoalaw.com

                                                  */s/ Jenya C. Berino*
                                                  Jenya C. Berino