> EXHIBIT
> A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

**THE ASPEN MOUNTAIN RESIDENCES CONDO ASSOCIATION, INC.**, a Colorado nonprofit corporation,

        Plaintiff,

v.

**ROBERT H. WEISMAN**, an individual.

        Defendant.

---

**ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as interim counsel for:

*Robert H. Weisman*

Undersigned counsel seeks to enter a limited appearance to represent the pro se party in this action at his request for the limited purpose of filing Defendant's Notice of Removal.

I hereby certify that, Robert H. Weisman, approves this limited representation.

DATED at Aspen, Colorado this 9th day of June, 2022

                              */s/ Matthew C. Ferguson*_____
                              Matthew C. Ferguson, #25687
                              FERGUSON SCHINDLER LAW FIRM, P.C.
                              119 South Spring Street, Suite 201
                              Aspen, Colorado 81611
                              Telephone: (970) 925-6288
                              Facsimile: (970) 925-2273
                              E-mail: matt@fsaspenlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 9th day of June, 2022, a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION** was filed and served *via* CM/ECF upon the following:

Jonah G. Hunt
Marcus T. Wile
ORTEN CAVANAGH HOLMES & HUNT, LLC
1445 Market Street, Suite 350
Denver, CO 80202
jhunt@ochhoalaw.com
mwile@ochhoalaw.com

*/s/ Jenya C. Berino*
Jenya C. Berino

2